IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Malika Hudwell | : | Civil Action No. 2:21-CV-01521 |
|  | : |  |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| ESA Management, LLC | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Malika Hudwell and Defendant ESA Management, LLC, by and through their respective attorneys, respectfully and jointly stipulate to the dismissal of this action with prejudice. Each party shall bear her or its own attorney's fees, costs, and expenses.

| | |
|---|---|
| **DUFFY NORTH** | **LITTLER MENDELSON P.C.** |
| */s/ Christopher Manno* | */s/ Tara Param* |
| Christopher Manno, Esquire | Tara Param, Esquire |
| 104 N. York Road | Three Parkway |
| Hatboro, PA 19040 | 1601 Cherry Street, Suite 1400 |
| (215) 675-7300 | Philadelphia, PA 19102-1321 |
| *Attorneys for Plaintiff* | *(267) 402-3000* |
| | *Attorneys for Defendant* |

DATE: 1/26/2022

APPROVED BY THE COURT 1/26/2022

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**